1

2                                                    **\*E-FILED 09-03-2010\***

3

4

5

6

7                                    NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   DAMIEN HA,                                    No. C10-03014 HRL

12          Plaintiff,                             **ORDER TO SHOW CAUSE RE SETTLEMENT**

13      v.

14   REGIONAL ADJUSTMENT BUREAU, INC.,

15          Defendant.
                                              /
16

17          The court is informed that this action has settled.  In light of the settlement, all trial and

18   pretrial dates have been vacated.

19          **On or before October 1, 2010**, plaintiff shall file a dismissal pursuant to Fed.R.Civ.P.

20   41(a).  If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2,

21   5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on

22   **October 12, 2010, 10:00 a.m.** and show cause, if any, why the case should not be dismissed

23   pursuant to Fed.R.Civ.P. 41(a).  The parties shall file a statement in response to this Order to

24   Show Cause **no later than October 5, 2010**.  The joint statement shall state (1) the status of the

25   activities of the parties in finalizing settlement; and (2) how much additional time, if any, is

26   requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is filed as

27   ordered, the Order to Show Cause hearing will be automatically vacated and the parties

28

**United States District Court**
For the Northern District of California

1   need not file a joint statement in response to this Order.

2          SO ORDERED.

3   Dated:     September 2, 2010

4   
                                        _____
5                                       HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

1   5:10-cv-03014-HRL Notice has been electronically mailed to:

2   Lara Ruth Shapiro      shapiro.lara@gmail.com, eguadiana@lemberglaw.com

3   Mary Colleen Ryan      cryan@hayesscott.com, shart@hayesscott.com

4   Stephen Alter Scott      sscott@hayesscott.com, efeguis@hayesscott.com

5   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3